IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT SEAN MILLIGAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-188 |
| | § | |
| NUECES COUNTY TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of Defendant Nueces County's Rule 12(b)(6) Motion to Dismiss, Dkt. No. 9; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 12; and Plaintiff's objections to the M&R, Dkt. No. 17.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 12. The Court **GRANTS** Defendant's 12(b)(6) motion to dismiss and **DISMISSES** Plaintiff's claims against Defendants Nueces County and the Nueces County Sheriff's Department **WITH PREJUDICE**. Plaintiff's claims against Defendant Francisco Campos remain pending.

SIGNED this 21st day of June 2019.

_____
Hilda Tagle
Senior United States District Judge