IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT SEAN MILLIGAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-188 |
| | § | |
| NUECES COUNTY TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation to Grant Defendant Francisco Campos's ("Campos") Motion for Summary Judgment ("M&R"), Dkt. No. 25. Plaintiff Robert Sean Milligan ("Milligan") has not filed objections. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; Fed. R. Civ. P. 72(b)(2) (same); see also Dkt. No. 25 at 13 (advising parties of the 14-day deadline).

The Magistrate Judge recommends granting Campos's motion for summary judgment for Milligan's failure to exhaust administrative remedies. Dkt. No. 25. After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R in its entirety. Dkt. No. 25. The Court hereby **GRANTS** Campos's motion for summary judgment, Dkt. No. 21, and **DISMISSES** Milligan's claims against Campos, Dkt. No. 1. The Court previously dismissed Milligan's claims against Defendants Nueces County and the Nueces County Sheriff's Department. Dkt. No. 19. Accordingly, Final Judgment will enter separately.

SIGNED this 27th day of March, 2020.

_____
Hilda Tagle
Senior United States District Judge